IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN J. DAIGLE,, | ) | CIVIL NO. 12-00153 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. VETS,, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 27, 2012 and served on all parties on March 28, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Complaint with Leave to Amend and to Deny Application to Proceed in Forma Pauperis" are adopted as modified by this Court. The Court extends the date for Plaintiff to file a first amended complaint to May 11, 2012.[1]

---

[1] The Court urges Plaintiff to seek counsel to represent him in this matter. To assist Plaintiff in obtaining an attorney, the Court has attached to this Order a list of pro bono attorneys whom he may contact regarding representation.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 23, 2012.



_____
Alan C. Kay
Sr. United States District Judge

<u>Daigle v. U.S. Vets</u>, Civ. No. 12-00153 ACK-KSC: Order Adopting F&R As Modified

**PRO BONO PANEL**

1. Lila Barbara Kanae, Esq.
   2319 Ala Wai, Suite 401
   Honolulu, Hawaii 96815
   Tel. 282-4204

2. Richard Paul McClellan, III, Esq.
   820 Mililani Street, Suite 701
   Honolulu, Hawaii 96813
   Tel. 523-0449

3. Corey Y.S. Park, Esq.
   ASB Tower, Suite 2020
   1001 Bishop Street
   Honolulu, Hawaii 96813
   Tel. 524-1212

4. Eric A. Seitz, Esq.
   820 Mililani Street, Suite 714
   Honolulu, Hawaii 96813
   Tel. 533-7434

5. Legal Aid Society of Hawaii
   1108 Nuuanu Avenue
   Honolulu, Hawaii 96813
   Tel. 536-4302

6. Hawaii Lawyers Care
   1040 Richards Street, Suite 301
   Honolulu, Hawaii 96813
   Tel. 528-7046