IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARTIN J. DAIGLE, | ) | CIV NO. 12-00153 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. VETS; CLOUDBREAK LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION AS CLARIFIED

Findings and Recommendation having been filed and service attempted on all parties on August 22, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Dismiss Action" (Doc. Entry [24]) are adopted as the opinion and order of this Court. Specifically, this action is dismissed WITH prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 26, 2012.



_____
Alan C. Kay
Sr. United States District Judge

Daigle v. U.S. Vets, et al., Civ. No. 12-00153 ACK-KSC: Order Adopting F&R as Clarified